UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:19-mj-03194-JG

UNITED STATES OF AMERICA

v.

AMEY DANDEKAR,

    Defendant.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office Prior to August 9, 2013 (Mag. Judge Alicia Valle)? __ Yes  _X_ No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)? __ Yes  _X_ No


Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

_____
Eli S. Rubin
Assistant United States Attorney
99 N.E. 4th Street
Miami, Florida 33132
Tel (305) 961-9247
Fax (305) 530-7976
Email: Eli.Rubin@usdoj.gov

AO 91 (Rev. 5/85) Criminal Complaint  AUSA RUBIN

# United States District Court

__SOUTHERN__ DISTRICT OF __FLORIDA__

UNITED STATES OF AMERICA

v.

AMEY DANDEKAR

**CRIMINAL COMPLAINT**

CASE NUMBER: 1:19-mj-03194-JG

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about July 27, 2019, at the Port of Miami, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant, AMEY DANDEKAR, did knowingly and intentionally import into the United States, from a place outside thereof, a Schedule II controlled substance, that is, a detectable amount of a mixture and substance containing cocaine, in violation of Title 21, United States Code, Sections 952(a) and 960(b)(3); and did knowingly and intentionally possess, with the intent to distribute a Schedule II controlled substance, that is, a detectable amount of a mixture and substance containing cocaine, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

I further state that I am a Special Agent and that this complaint is based on the following facts:

DANDEKAR is an employee of Carnival Cruise Line and recently worked in the kitchen on Carnival Horizon. On July 27, 2019, Carnival Horizon arrived at the Port of Miami from various ports including Ocho Rios, Jamaica. Upon the vessel's arrival, DANDEKAR, attempting to disembark, took off the sandals he was wearing and placed them through an X-ray machine monitored by Carnival employees. Carnival employees identified something in DANDEKAR's sandals and notified U.S. Customs & Border Officers (CBPOs). CBPOs then conducted a border search of DANDEKAR's sandals and found a total of two packages containing a white powdery substance. One package was attached to each of the soles of the sandals. A field test of the white powdery substance proved positive for the presence of cocaine. During post-*Miranda* statements, DANDEKAR admitted that he was carrying cocaine and that he had brought cocaine into the United States at least four (4) previous times.

OSTEN BERRY, SPECIAL AGENT
HOMELAND SECURITY INVESTIGATIONS
U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT

Sworn to before me, and subscribed in my presence,

__JULY 27, 2019__ at __Miami, Florida__
Date                                                City and State

JONATHAN GOODMAN
__UNITED STATES MAGISTRATE JUDGE__
Name and Title of Judicial Officer

Signature of Judicial Officer

Jonathan Goodman
U.S. Magistrate Judge